*W. B. Davis,* for Defendant in Error.

---

W. H. Bethea, as Tax Assessor for Taylor County, Plaintiff in Error, v. State ex rel. J. L. Towles et al., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Taylor.

Writ of Error dismissed on motion of the Attorney General.

*Van C. Swearingen,* Attorney General, for Plaintiff in Error;

*W. B. Davis,* for Defendant in Error.